UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | No. 1:21-cr-00011-6 |
| QUORTEZ DUNCAN, | ) ) ) |  |
| Defendant. | ) |  |

## ORDER

The August 23, 2023, continuation of the hearing on Defendant's Motion to Revoke the Detention Hearing will take place as scheduled at 11:30 a.m. The Court requires the presence of Kimberly Asher, Medical Director at the Laurel County Detention Facility and a representative of the U.S. Marshal Service who denied Defendant's need for medical services. The Government shall confirm the presence of all persons necessary to address this issue.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE